**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

May 20, 2014

Hon. Luis A. Martinez
Attorney at Law
209 W. Juan Linn
Victoria, TX 77901

Hon. Stephen B. Tyler
District Attorney
205 N. Bridge St., Suite 301
Victoria, TX 77901

Hon. Brendan W. Guy
Assistant District Attorney
205 N. Bridge Street, Ste 301
Victoria, TX 77901

Re:     Cause No. 13-12-00775-CR
Tr.Ct.No. 12-2-26381-A
Style:    ANTONIO DELEON v. THE STATE OF TEXAS

The above-referenced cause has been set for submission without oral argument on Tuesday, June 10, 2014, before a panel consisting of Chief Justice Rogelio Valdez, Justice Gregory T. Perkes, and Justice Nora Longoria.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch